William S. Koski (SBN 166061)
Carly J. Munson (SBN 254598)
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
YOUTH & EDUCATION LAW PROJECT
559 Nathan Abbott Way
Stanford, California 94305-8610
Tel: (650) 724-1900
Fax: (650) 723-4426
Email: bkoski@stanford.edu
Email: cmunson@law.stanford.edu
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARENTS ON BEHALF OF STUDENT, <br><br> Plaintiffs, <br><br> v. <br><br> SANTA CLARA UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No.: C-13-00733 (CW) <br><br> [~~PROPOSED~~] ORDER <br><br> Judge: The Honorable Claudia Wilken |

Having considered the papers submitted in support of Plaintiffs's Motion to Amend the Order Setting Initial Case Management Conference and ADR Deadlines, IT IS HEREBY ORDERED that:

1. The last day to: (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; (2) file ADR Certification signed by

Parties and Counsel; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is July 17, 2013;

2. The last day to file Rule 26(f) Report, complete initial disclosures, or state objections in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement is July 24, 2013; and

3. The initial Case Management Conference is August 14, 2013.

IT IS SO ORDERED.

Dated: 5/1/2013

THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order
*Parents on Behalf of Student v. Santa Clara Unified School District*, C-13-00733 (CW)

Page 1