UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARENTS ON BEHALF OF STUDENT,<br><br>Plaintiffs,<br><br>v.<br>SANTA CLARA UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 13-cv-00733-WHO<br><br>**ORDER**<br><br>Courtroom: Hon. William H. Orrick |

Having considered the Parties' Joint Request for Extension of Time for Completion of Initial Disclosures and Submission of Rule 26(f) Report for Good Cause, IT IS HEREBY ORDERED that:

(1) The initial Case Management Conference is October 1, 2013; and

(2) The last day to file a Rule 26(f) Report, complete initial disclosures, or state objections in the Rule 26(f) Report and file Case Management Statement per the Standing Order re Contents of Joint Case Management Statement is September 17, 2013.

IT IS SO ORDERED.

Dated: July 19, 2013

_____
THE HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE