Carly J. Munson, CA Bar #254598
William S. Koski, CA Bar # 166061
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
YOUTH & EDUCATION LAW PROJECT
559 Nathan Abbott Way
Stanford, California  94305-8610
Tel:  (650) 724-1900
Fax:  (650) 723-4426
Email: cmunson@law.stanford.edu
Email: bkoski@stanford.edu

*Attorneys for Plaintiffs*

Eliza J. McArthur, CA Bar # 152312
Rodney L. Levin, CA Bar #169360
MCARTHUR & LEVIN, LLP
637 North Santa Cruz Avenue
Los Gatos, California 95030
Tel:   (408) 741-2377
Fax:  (408) 741-2378
Email: eliza@mcarthurlevin.com
Email: rod@mcarthurlevin.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARENTS ON BEHALF OF STUDENT, | Case No.: 13-cv-00733-WHO |
| Plaintiffs, | **ORDER** |
| v. | |
| SANTA CLARA UNIFIED SCHOOL DISTRICT, | Courtroom:   Hon. William H. Orrick |
| Defendant. | |

1    Having considered the Parties' Joint Stipulation to Vacate the October 1, 2013, Case

2    Management Conference for Good Cause, IT IS HEREBY ORDERED that the initial Case

3    Management Conference set for October 1, 2013, is continued until November 5, 2013 in

4    anticipation of the Parties' successful resolution of the pending matter through settlement.  The

5    parties are directed to file a notice of dismissal prior to November 19, 2013 or to attend a Case

6    Management Conference on that date at 2pm and discuss the status of the case.

7    IT IS SO ORDERED.

8

9    Dated: September 30, 2013                    _____

     THE HON. WILLIAM H. ORRICK
10   UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER
*Parents on Behalf of Student v. Santa Clara Unified Sch. Dist.*, 13-cv-00733-WHO

[Page intentionally left blank]